**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL JOHNSON, | Case No. CV-18-2176-R |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| KULNAREE PONGPUN, et al. | |
| Defendant(s). | |

Plaintiff was ORDERED to show cause in writing no later than **June 20, 2018** why this action should not be dismissed for lack of prosecution. On June 19, 2018, Plaintiff filed a Response to the Order to Show Cause, requesting for two to three additional months to serve the defendant. The Court FINDS that no good cause is shown to warrant a continuance.

WHEREAS, the period has elapsed without proper service of the complaint and summons within the time frame allowed by Federal Rules of Civil Procedure 4(m); and, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated June 21, 2018

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE